# IN THE SUPREME COURT OF THE STATE OF NEVADA

MATTHEW TRAVIS HOUSTON,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 79408

FILED

SEP 10 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Appellant filed a notice of appeal on August 12, 2019. In his notice of appeal, appellant states that he is requesting "an order granting him permission to directly appeal his conviction." The district court entered the judgment of conviction on January 15, 2019. Appellant did not file the notice of appeal, however, until August 12, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). Thus, the notice of appeal was untimely filed. *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (an untimely notice of appeal fails to vest jurisdiction in this court). Untimely appeals are allowed from judgments of conviction only when the procedure under NRAP 4(c) has been followed and the district court enters a written order finding that the petitioner has a valid appeal-

19-37845

deprivation claim and concluding that the petitioner is entitled to a direct appeal. Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____ Pickering , J.
Pickering

_____ , J.
Parraguirre

_____ Cadish , J.
Cadish

cc: Hon. Michael Villani, District Judge
Matthew Travis Houston
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[1]Given this dismissal, this court takes no action in regard to the motion filed on September 4, 2019, and the document filed September 6, 2019.